266 So.2d 429

Percy C. SCOTT

v.

The YOUNG WOMEN'S CHRISTIAN ASSO-
CIATION and Employers-Commercial Un-
ion Insurance Companies, Its Insurer.

No. 52694.

Sept. 20, 1972.

Writ refused. The judgment is not final.

■

266 So.2d 430

Mrs. Nina Mae Braud FIFE, Ind., etc.

v.

KAISER ALUMINUM & CHEMICAL
CORPORATION.

No. 52696.

Sept. 20, 1972.

Writ Refused. On the facts found by
the Court of Appeal, there appears no
error of law in its judgment.